NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEMONZE EDWARDS LEWIS,**

*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**

*Respondent*

---

2025-1297

---

Petition for review of the Merit Systems Protection Board in No. AT-0353-25-0086-I-1.

---

### O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                             LEWIS V. USPS


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



FOR THE COURT


February 13, 2025                              Jarrett B. Perlow
Date                                          Clerk of Court